September 28, 2023

Via ECF

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY  10007

**MEMO ENDORSED**

Re:  Ramnarine v. Merfish United, Inc. et. al.
     23 Civ. 4843 (KPF)

Dear Judge Failla:

In response to the Court's email sent last evening, the parties have conferred and we request that the Court adjourn the IPTC, enter the Case Management Plan and allow the parties to proceed directly to discovery.

Respectfully yours,

/s/ Steven L. Sonkin
Steven L. Sonkin
Daniella Levi & Associates, P.C.
Attorneys for Plaintiff

/s/ Scott H. Stopnik
Scott H. Stopnik
Wilson Elser
Attorneys for Defendants

```
Application GRANTED. The initial pre-trial conference currently
scheduled for October 4, 2023, is hereby ADJOURNED sine die.

The Court will separately enter the parties' proposed case
management plan.
```

SO ORDERED.

Dated:   September 28, 2023
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE