

**DANIELLA LEVI & ASSOCIATES, P.C.**

COUNSELORS & ATTORNEYS AT LAW
t. 718.380.1010  f. 718.380.1050  LEVILAWNY.COM

September 26, 2024

<u>Via ECF</u>

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY  10007

**MEMO ENDORSED**

    Re:  <u>Ramnarine v. Merfish United, Inc., et. al.</u>
        23 Civ. 4843 (KPF)

Dear Judge Failla:

We represent plaintiff Drupatee Ramnarine in the above referenced matter.  We write to advise the Court that Ms. Ramnarine passed away on September 22, 2024.  Accordingly, we request that the Court stay all proceedings pending the appointment of an administrator inasmuch as she died intestate.

The parties conferred and defense counsel does not oppose this application.

We thank the Court for its continued courtesies.

                Respectfully,

                s/ *Daniella Levi*
                Daniella Levi

                s/ *Steven L. Sonkin*
                Steven L. Sonkin

CC:  Eric Cheng, Esq.

FOR ALL CORRESPONDENCE USE QUEENS OFFICE

Queens
159-16 Union Turnpike, Suite 200
Fresh Meadows, NY 11366

Manhattan
204 W. 84th Street
New York, NY 10024

Bronx
788 Morris Park Avenue
Bronx, NY 10462

Application GRANTED.  The Court extends its sincere condolences to Ms. Ramnarine's family.

The Court hereby STAYS the case pending the appointment of an administrator.  The parties are ORDERED to provide the Court with a status update on or before **December 2, 2024**.

The pretrial conference scheduled for November 1, 2024, is adjourned *sine die*, and will be rescheduled after the stay is lifted.

The Clerk of Court is directed to terminate the pending motion at docket number 41.

Dated:    September 27, 2024          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE