**DANIELLA LEVI & ASSOCIATES, P.C.**
COUNSELORS & ATTORNEYS AT LAW
t. 718.380.1010  f. 718.380.1050  LEVILAWNY.COM

September 3, 2025

<u>Via ECF</u>

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

Re: <u>Ramnarine v. Merfish United, Inc., et. al.</u>
23 Civ. 4843 (KPF)

Dear Judge Failla:

As required by the Court's March 6, 2025 Order, we submit the following status update.

As Your Honor is aware, Ms. Ramnarine's family retained outside counsel to commence a Surrogate's Court proceeding in Surrogate's Court, Bronx County to obtain Limited Letters of Administration so that the instant action can proceed. Counsel has advised that because of the significant backlog in processing time, the Surrogate's Court still has not processed the petition and that it will be at a minimum another 60-90 days before the limited letters will be issued.

We respectfully request that the Court extend the time to substitute the administrator under Fed. R.Civ.P.6(b) and extend the stay which is currently in effect. We have met and conferred with defense counsel and he does not oppose this application.

We thank the Court for its continued courtesies.

Respectfully,

s/ *Daniella Levi*
Daniella Levi

s/ *Steven L. Sonkin*
Steven L. Sonkin

cc: Eric Cheng, Esq.

FOR ALL CORRESPONDENCE USE QUEENS OFFICE

Queens
159-16 Union Turnpike, Suite 200
Fresh Meadows, NY 11366

Manhattan
204 W. 84th Street
New York, NY 10024

Bronx
788 Morris Park Avenue
Bronx, NY 10462

Application GRANTED.  The parties are ORDERED to provide the
Court with a status update on or before **March 3, 2026.**

The Clerk of Court is directed to terminate the gavel at
docket entry 47.

Dated:     September 3, 2025          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE