UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DRUPATEE RAMNARINE,                                  23 Civ.04843(KPF)

                                    Plaintiff         NOTICE OF MOTION

        -against-

MERFISH UNITED, INC., and MATTHEW H.                 **MEMO ENDORSED**
DAWDY,

                                    Defendants.
-----------------------------------------------------------------------X
COUNSELORS:

        PLEASE TAKE NOTICE, that upon the attached memorandum of Steven L. Sonkin, Esq.,

the exhibits annexed hereto, and upon all of the prior pleadings and proceedings, the undersigned

will move this Court before Hon. Katherine Polk Failla, U.S.D.J.at 40 Foley Square, New York NY,

10007 at a date and time set by the court for an order: (1) pursuant to Fed R. Civ. P. 25 substituting

Indra Babu as Administrator of the Estate of Drupatee Ramnarine as party plaintiff and amending the

caption accordingly; (2) amending the complaint pursuant to Fed.R.Civ.P. 15 (a)(2) to add causes of

action for wrongful death and loss of consortium; (3) deeming the amended complaint served upon

counsel for defendants and (4) for such other and further relief as the court may deem just and

proper.

Dated: Fresh Meadows, NY
        March 30, 2026

                                        Yours etc.,


                                        STEVEL L SONKIN, ESQ.
                                        Daniella Levi & Associates, P. C.
                                        Attorney for Plaintiff(s)
                                        DRUPATEE RAMNARINE
                                        159-16 Union Turnpike, Suite 200
                                        Fresh Meadows, NY 11366

Application GRANTED.

Plaintiff is directed to file the Amended Complaint on the docket.  The Clerk of Court is directed to substitute the party plaintiff and amend the case caption accordingly.  The Court understands that Defendants do not object to the Court deeming the Amended Complaint as being served on them once it is filed on the docket.

The Clerk of Court is further directed to terminate the pending motion at docket entry 51.

Dated:    April 3, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE